BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
KELLEY STEVENS
SHARYL PELS
Special Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 463-2058
Fax: (907) 271-1500
E-mail: Kelly.Cavanaugh@usdoj.gov
　　　　Kelley.Stevens@usdoj.gov
　　　　Sharyl.Pels@usdoj.gov
　　　　Sharyl.L.Pels@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOAN SISON,<br><br>　　　　　　Defendant.<br>_____ | Case No. 3:19-cr-00068-RRB-MMS<br><br><u>COUNT 1</u>:<br>POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B)<br><br><u>CRIMINAL FORFEITURE ALLEGATION 1</u>:<br>Vio. of 21 U.S.C. § 853(a)(1) and (a)(2) |

# I N F O R M A T I O N REPLACING COMPLAINT

The United States Attorney charges that:

## COUNT 1

On or about June 7, 2019, in the District of Alaska, the defendant, JOAN SISON, did knowingly and intentionally possess with the intent to distribute controlled substances, to wit: 5 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegation contained in Count 1of this Information is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (a)(2).

Upon conviction of the offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) as set forth in Count 1 of this Information, the defendant, JOAN SISON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, approximately $1,219 in U.S. currency.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §853(p). All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

s/ Sharyl Pels
SHARYL PELS
Special Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATED: July 1, 2019